**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE: : | |
| **BASHERA R GROVE** : | **BK. No. 18-15800-elf** |
| Debtor : | |
| : | **Chapter No. 07** |
| **WELLS FARGO BANK, N.A.** : | |
| Movant : | |
| v. : | |
| **BASHERA R GROVE** : | |
| and : | **11 U.S.C. §362** |
| **MICHAEL H. KALINER, ESQUIRE** : | |
| **(TRUSTEE)** : | |
| Respondents : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

    **AND NOW**, this 25th day of October, 2018, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

    **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 420 WALNUT STREET, COATESVILLE, PA 19320 N/K/A 420 WALNUT STREET, COATESVILLE, PA 19320-3745(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

    **Order entered by default.**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**