United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-15800-elf
Bashera R Grove                                                     Chapter 7
Bashera R Grove
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Oct 26, 2018
                             Form ID: pdf900           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db/db         #+Bashera R Grove,    Bashera R Grove,    420 Walnut Street,   Coatesville, PA 19320-3745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Oct 27 2018 02:58:58     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 27 2018 02:57:45
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 27 2018 02:58:13     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2018 03:05:10     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                         TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JOSEPH L QUINN    on behalf of Debtor Bashera R Grove CourtNotices@sjr-law.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
              bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | |
| **BASHERA R GROVE** | : | BK. No. 18-15800-elf |
| **Debtor** | : | |
| | : | **Chapter No. 07** |
| **WELLS FARGO BANK, N.A.** | : | |
| **Movant** | : | |
| **v.** | : | |
| **BASHERA R GROVE** | : | |
| **and** | : | **11 U.S.C. §362** |
| **MICHAEL H. KALINER, ESQUIRE (TRUSTEE)** | : | |
| **Respondents** | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 25th day of October, 2018, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 420 WALNUT STREET, COATESVILLE, PA 19320 N/K/A 420 WALNUT STREET, COATESVILLE, PA 19320-3745(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**